# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Benjamin Thomas Irwin and Angela Marie Colasanti,<br><br>*Plaintiffs,*<br><br>v.<br><br>Holt International Children's Services, Inc.,<br><br>*Defendant.* | Civil Action No. 2:25-cv-05119-JMY |

## DEFENDANT HOLT INTERNATIONAL CHILDREN'S SERVICES, INC.'S MOTION TO DISMISS DUE TO ARBITRATION AND FORUM SELECTION PROVISIONS

Pursuant to the Federal Arbitration Act and Federal Rule of Civil Procedure 12(b)(6) and for the reasons set forth in the accompanying Memorandum of Law, which is incorporated here, Defendant Holt International Children's Services, Inc., moves to dismiss Plaintiffs' Complaint due to (1) a contractual arbitration provision that requires binding arbitration in Lane County, Oregon, and (2) a contractual forum selection provision that requires any of Plaintiffs' claims not subject to the arbitration requirement to be filed in a court in Lane County, Oregon.

**STAPLETON SEGAL COCHRAN LLC**

November 7, 2025

By: /s/ *Eli Segal*
    Eli Segal (PA ID 205845)
John S. Stapleton (PA ID 200872)
Michael Weingartner (PA ID 334465)
1760 Market Street, Suite 403
Philadelphia, PA 19103
215.402.6555
esegal@stapletonsegal.com

*Counsel for Defendant Holt International Children's Services, Inc.*