# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Benjamin Thomas Irwin and Angela Marie Colasanti, *Plaintiffs,* v. Holt International Children's Services, Inc., *Defendant.* | Civil Action No. 2:25-cv-05119-JMY |

## ORDER

**AND NOW,** this _____ day of _____, 2025, upon consideration of Defendant Holt International Children's Service, Inc.'s Motion to Dismiss Due to Arbitration and Forum Selection Provisions, and any response thereto, it is hereby **ORDERED** that the Motion is **GRANTED** and that Plaintiffs' Complaint is **DISMISSED WITHOUT PREJUDICE**.

BY THE COURT:

_____
**JOHN M. YOUNGE, J.**