**CERTIFICATE OF SERVICE**

I, Eli Segal, hereby certify that, on November 7, 2025, I served a true and correct copy of the foregoing Defendant Holt International Children's Service, Inc.'s Motion to Dismiss Due to Arbitration and Forum Selection Provisions, and the foregoing supporting Memorandum of Law, on all counsel of record via the Court's Electronic Filing System.

/s/ *Eli Segal*
Eli Segal