**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Benjamin Thomas Irwin and Angela Marie Colasanti, | |
| *Plaintiffs,* | |
| v. | Civil Action No. 2:25-cv-05119-JMY |
| Holt International Children's Services, Inc., | |
| *Defendant.* | |

**DISCLOSURE STATEMENT**

☒        The nongovernmental corporate party, Holt International Children's Services, Inc., in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐        The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____

_____

_____

11/7/25

_____           _____

Date                                      Signature

*Counsel for: Holt International Children's Services, Inc.*

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
    (a) WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file
        two copies of a disclosure statement that:
        (1) identifies any parent corporation and any publicly held corporation owning10% or more of its stock; or
        (2) states that there is no such corporation.
    (b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:
        (1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request
            addressed to the court; and
        (2) promptly file a supplemental statement if any required information changes.